HABER v. THE STATE.

ROLER v. THE STATE.

ROLER v. THE STATE.

ROLER v. THE STATE.

ROLER v. THE STATE.

HECKER v. THE STATE.

HECKER v. THE STATE.

HECKER v. THE STATE.

MACHLER v. THE STATE.

MACHLER v. THE STATE.

RULLER v. THE STATE.

RULLER v. THE STATE.

HUBER v. THE STATE.

HUBER v. THE STATE.

*Per Curiam.*—The above causes are all here on appeal from the *Tippecanoe* Circuit Court, and the judgments rendered by that Court, in the cases respectively, must be affirmed, for the reasons given in the case of *Thomasson* v. *The State*, 15 Ind. 449.

The judgments are affirmed accordingly.

*Taylor* and *Ward*, for the appellant, in each case.

*John L. Miller*, for the State, in each case.